THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JOHN MIDLAM, | CASE NO. C17-5650-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security Operations, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 16). Plaintiff is the prevailing party on an appeal of an agency action and is entitled to an award of attorney fees. (*See* Dkt. Nos. 13–14.) The Court finds the requested award reasonable and just. Accordingly, the Court GRANTS the parties' motion. The Court AWARDS Plaintiff attorney fees and expenses pursuant to 28 U.S.C. § 2412 in the amount of $5,291.01 and $5.76, respectively, and costs pursuant to 28 U.S.C. § 1920 in the amount of $416.00, for a total award of $5,712.77.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, Teal M. Parham, based upon Plaintiff's assignment of these amounts to counsel. The check shall be mailed to Plaintiff's counsel at the following address: Teal M. Parham, 910 – 12th Avenue, P.O. Box 757, Longview, WA 98632.

ORDER
C17-5650-JCC
PAGE - 1

1 DATED this 31st day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-5650-JCC
PAGE - 2